■ In the Matter of ERWIN WILLIAMS, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [14 NYS3d 721]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., McCarthy, Egan Jr. and Lynch, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of NICK CASTALDI, Petitioner, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent. [14 NYS3d 721]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Ulster County) to review a determination of the Superintendent of Eastern Correctional Facility which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

McCarthy, J.P., Garry, Rose and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.